IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **VILMA J. LINARES** | : | NO. 15-4463 |

## ORDER

**NOW,** this 30th day of November, 2016, upon consideration of the Motion for Service by Posting Property and Certified Mail (Document No. 2), it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　/s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.