**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **VILMA J. LINARES** | : | **NO. 15-4463** |

## <u>ORDER</u>

     **NOW,** this 30th day of November, 2016, upon consideration of the Motion to Extend Time to Make Service (Document No. 4), it is **ORDERED** that the motion is **DENIED**.

     **IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(m), this action is **DISMISSED WITHOUT PREJUDICE.**

/s/ Timothy J. Savage_____
TIMOTHY J. SAVAGE, J.